**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-21968-CIV-SMITH**

RUSLAN REVOVICH YUNUSOV,

     Petitioner,

v.

TODD LYONS, *et al.*,

     Respondents.

_____/

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon review of Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1]. Upon consideration, it is

**ORDERED** that:

1. By April 3, 2026, Respondents shall show cause why the Petition for Writ of Habeas Corpus should not be granted.

2. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of Florida by March 27, 2026, and shall constitute good and sufficient service.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 26th day of March, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel or record

1